IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SANDRA K. CHEATHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 15-cv-1382-JPG-CJP |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Sandra K. Cheatham and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

DATED: February 10, 2017

JUSTINE FLANAGAN
**Acting Clerk of Court**

BY: *s/Tina Gray*
**Deputy Clerk**

**APPROVED:**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**